# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| STEVE R. REDMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. CIV-12-1039-R |
| ) | |
| CAROLYN W. COLVIN, ) | |
| Commissioner of the Social ) | |
| Security Administration, ) | |
| ) | |
| Defendant. ) | |

## JUDGMENT

In accordance with the Order entered this 19th day of February, 2014, it is ORDERED, ADJUDGED and DECREED that Plaintiff have judgment on his Complaint and that this case is remanded to the Social Security Administration.

IT IS SO ORDERED this 19th day of February, 2014.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE